IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS K. TURNER  :  CIVIL ACTION
:
:
v.  :
:
:
MR. JESSE KIRSCH, et al  :  No. 08-2005

**ORDER**

**AND NOW**, this 12th day of April, 2011, upon consideration of the Motions for Summary Judgment of Defendants Paula Dillman-McGowan, Joetta Kline, Cynthia Sheldon, Drue Wagner, Jesse Kirsch and Erik Von Kiel, (Doc. Nos. 74-75, 77), and Plaintiff's responses thereto, it is hereby **ORDERED** that:

1. Defendant "Paula Dillman-McGowan's Motion for Summary Judgment" (Doc. No. 74) is **DENIED**, such that Plaintiff may proceed on his 28 U.S.C. § 1983 claim against Paula Dillman-McGowan, consistent with the Court's Memorandum Opinion;

2. "Defendants Joetta Kline, Cynthia Sheldon, and Drue Wagner's Motion for Summary Judgment" (Doc. No. 75) is **GRANTED in part** and **DENIED in part**, such that Plaintiff may proceed on his 28 U.S.C. § 1983 claim against Cynthia Sheldon, consistent with the Court's Memorandum Opinion;

3. The "Motion for Summary Judgment of Defendant Jesse Kirsch" (Doc. No. 77) is **GRANTED**;

1

4. "Defendant Dr. Erik Von Kiel's Motion for Summary Judgment" (Doc. No. 86) is **DENIED**, such that Plaintiff may proceed to trial on his 28 U.S.C. § 1983 claim against Paula Dillman-McGowan, consistent with the Court's Memorandum Opinion.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**